1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   STEPHEN MARK PICART,           )    NO. CV 21-3367-DSF (AGR)
12            Petitioner,           )
13        v.                        )
14   MARCUS POLLARD, Warden,        )    ORDER ACCEPTING FINDINGS
                                    )    AND RECOMMENDATION OF
15            Respondent.           )    MAGISTRATE JUDGE
16                                  )
17                                  )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("FAP"), the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED as follows:

(1) Respondent's motion to dismiss the First Amended Petition for Writ of Habeas Corpus is granted as untimely;

(2) Petitioner's request to amend the First Amended Petition for Writ of Habeas Corpus is denied; and

(3) Judgment be entered dismissing the action with prejudice.

DATED: December 5, 2022

*Dale S. Fischer*
DALE S. FISCHER
United States District Judge