JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MARK PICART,<br><br>    Petitioner,<br><br>  v.<br><br>MARCUS POLLARD, Warden,<br><br>    Respondent. | NO. CV 21-3367-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: December 5, 2022

_____
DALE S. FISCHER
United States District Judge